# In the United States Court of Federal Claims

No. 19-1407

(Filed: September 10, 2024)

```
*************************************
KANDI ARNHOLD, et al.,              *
                                    *
              Plaintiffs,           *
                                    *
       v.                           *
                                    *
UNITED STATES OF AMERICA,           *
                                    *
              Defendant.            *
*************************************
```

## ORDER

On September 9, 2024, the parties filed a joint status report with a revised schedule to allow for the completion of additional discovery. [ECF 114]. For good cause shown, the Court **ADOPTS** the following schedule:

- Plaintiffs shall send medical records requests regarding the bellwether plaintiffs identified in the parties' joint status report to their providers seeking medical records associated with their conditions starting at the date of diagnosis and/or date of treatment or exacerbation if pre-existing condition **by September 13, 2024**.

- Plaintiffs shall review and produce the medical records **on a rolling basis**.

- Plaintiffs shall complete production of the medical records and produce a privilege log (if applicable) **by October 24, 2024**.

- The parties shall file a joint status report **by October 25, 2024**.

- The parties shall complete their expert reports **by November 8, 2024**.

- The parties shall complete their responsive expert reports **by December 20, 2024**.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge