# In the United States Court of Federal Claims

No. 19-1407
(Filed: October 30, 2024)

```
*************************************
KANDI ARNHOLD, et al.,            *
                                  *
                Plaintiffs,       *
                                  *
        v.                        *
                                  *
UNITED STATES OF AMERICA,         *
                                  *
                Defendant.        *
*************************************
```

**ORDER**

    The Court will conduct a telephonic post-discovery status conference in the above-captioned case on **January 16, 2025, at 2:00 p.m. (EST)**. Instructions for joining the conference call will be provided to the attorneys of record via electronic mail.

    **IT IS SO ORDERED.**

s/ Thompson M. Dietz<br>
THOMPSON M. DIETZ, Judge